TEN EYCK R. BEARDSLEY, Appellant, *v.* ISAAC W. SHER-RILL et al., Individually and as Members of the Bond-holders Committee of the NEW YORK CENTRAL REALTY COMPANY, Respondents.

*Beardsley* v. *Sherrill*, 169 App. Div. 936, appeal dismissed.
(Argued February 21, 1916; decided February 29, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1915, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the grounds that the action was one for services; that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*John G. Jackson* for motion.

*William M. Patterson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.